MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: karen.whelan@akerman.com

*Attorneys for plaintiff*
*Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., a National Association,<br><br>Plaintiff,<br><br>vs.<br><br>OPERTURE, INC., a Nevada Corporation; and SEDONA CONDOMINIUM HOMEOWNERS ASSOCIATION, INC., a Nevada Non-Profit Corporation,<br><br>Defendants. | Case No.: 2:17-cv-00383-APG-VCF<br><br>**SUBSTITUTION OF COUNSEL FOR PLAINTIFF BANK OF AMERICA, N.A.** |

Plaintiff Bank of America, N.A. hereby consents to the substitution of Melanie D. Morgan, Esq. and Karen A. Whelan, Esq. of AKERMAN LLP as its counsel in the place and stead of WRIGHT, FINLAY & ZAK, LLP in the above-entitled matter.

DATED this ___ day of April, 2018.

BANK OF AMERICA, N.A., BY AND THROUGH ITS ATTORNEY IN FACT, NATIONSTAR MORTGAGE LLC

By: _____

Its: A. J. Loll
Attorney-in-Fact as Trustee

A. J. Loll, Vice President
Nationstar Mortgage LLC

42369723;1
44797279;1

Christina V. Miller, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP consents to the substitution of Melanie D. Morgan, Esq. and Karen A. Whelan, Esq. of AKERMAN LLP as counsel of record in its place and stead on behalf of plaintiff Bank of America, N.A.

DATED this 3rd day of April, 2018.

WRIGHT, FINLAY & ZAK, LLP

/s/ #9524 for

CHRISTINA V. MILLER, ESQ.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117

Melanie D. Morgan, Esq. and Karen A. Whelan, Esq. of the law firm AKERMAN LLP, consent to substitution as counsel of record for plaintiff Bank of America, N.A. in the place and stead of WRIGHT, FINLAY & ZAK, LLP.

DATED this 3rd day of April, 2018.

AKERMAN LLP

MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

**ORDER**

IT IS SO ORDERED:

/s/

UNITED STATES ~~DISTRICT COURT~~ JUDGE

DATED: April 10, 2018

2

44797279;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of April, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL FOR PLAINTIFF BANK OF AMERICA, N.A,**, addressed to:

Sean L. Anderson, Esq.
Ryan Warren Reed , Esq.
**Leach Johnson Song & Gruchow**
8945 W. Russell Rd., Ste. 330
Las Vegas, NV 89148
*Attorneys for Sedona Condominium Homeowners Association, Inc.*

Edgar C Smith , Esq.
Eric Sebastian Powers , Esq.
Krista Nielson, Esq.
**Wright, Finlay & Zak, LLP**
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

*/s/ Doug J. Layne*
An employee of AKERMAN LLP

44880981;1