MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REBEKKAH B. BODOFF ESQ.
Nevada Bar No. 12703
**AKERMAN LLP**
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rebekkah.bodoff@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., a National Association,<br><br>Plaintiff,<br><br>vs.<br><br>OPERTURE, INC., a Nevada Corporation; and SEDONA CONDOMINIUM HOMEOWNERS ASSOCIATION, INC., a Nevada Non-Profit Corporation,<br><br>Defendants. | Case No.: 2:17-cv-00383-APG-VCF<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST.** |

PLEASE TAKE NOTICE that Bank of America, N.A. hereby provides notice that Karen A. Whelan is no longer associated with the law firm of Akerman LLP.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

42369723;1
46726018;1

Akerman LLP continues to serve as counsel for Nationstar Mortgage, LLC. All future correspondence, papers and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and Rebekkah B. Bodoff, Esq.

Respectfully submitted, this 17th day of October, 2018.

**AKERMAN LLP**

/s/ *Rebekkah B. Bodoff*
MELANIE D. MORGAN
Nevada Bar No. 8215
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Plaintiff Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.
Date: 10-19-2018

_____
UNITED STATES MAGISTRATE JUDGE

46726018;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of October, 2018, and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST,**, addressed to:

Sean L. Anderson. Esq.
Ryan Warren Reed , Esq.
**Leach Kern Gruchow Anderson Song**
2525 Box Canyon Drive
Las Vegas, NV 89128
*Attorneys for Sedona Condominium Homeowners Association, Inc.*

*/s/ Doug J. Layne*
An employee of AKERMAN LLP

3

46726018;1