# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:17-cv-00383-APG-VCF |
| Plaintiff | **Order Granting Motion to Lift Stay** |
| v. | [ECF No. 21] |
| OPERTURE, INC. and SEDONA CONDOMINIUM HOMEOWNERS ASSOCIATION, INC., | |
| Defendants | |

IT IS ORDERED that the motion to lift stay **(ECF No. 21) is GRANTED**. Within 60 days of the date of this order, the parties shall meet and confer as defined by Local Rule IA 1-3(f) regarding (1) a proposed scheduling order, (2) what discovery needs to be conducted, (3) what viable claims and defenses remain in the case in light of recent decisions from the Supreme Court of Nevada, and (4) the issues the parties intend to raise in any dispositive motion the parties anticipate filing within the next 90 days. If discovery closed before the stay was entered, the court will not reopen discovery absent extraordinary circumstances. **A client representative must attend the meet and confer, either in person or by telephone.**

Within ten days after the meet-and-confer, the parties shall file a proposed scheduling order. Any dispositive motion filed within the next 90 days must contain a declaration by the movant's counsel that sets forth the details of the meet-and-confer and certifies that, despite good faith efforts, the issues raised in the motion could not be resolved. LR IA 1-3(f)(2).

DATED this 19th day of November, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE