MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
**AKERMAN LLP**
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., a National Association,<br><br>Plaintiff,<br><br>vs.<br><br>OPERTURE, INC., a Nevada Corporation; and SEDONA CONDOMINIUM HOMEOWNERS ASSOCIATION, INC., a Nevada Non-Profit Corporation,<br><br>Defendants. | Case No.: 2:17-cv-00383-APG-VCF<br><br>**JOINT STATUS REPORT AND REQUEST TO EXTEND DEADLINE TO FILE PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** |

Plaintiff Bank of America, N.A. (**BANA**), and defendant Sedona Condominium Homeowners Association, Inc. (**HOA**) submit this joint status report as follows[1]:

1. **Meet and Confer**: On November 19, 2018, the Court lifted the stay in this case and ordered the parties meet and confer within 60 days. Thera A. Cooper, Esq. and a party representative on BANA's behalf and Ryan Reed, Esq. and a party representative on the HOA's behalf met and conferred on January 9, 2019. The parties discussed possible resolution of this matter, including potential settlement structures relating to ownership of the property. And discussed the issues raised in the parties' dispositive motions including the nature of the HOA's argument that the claims

---

[1] The Clerk entered default on defendant Operture on December 14, 2018. ECF No. 24. BANA filed its motion for entry of default judgment against Operture on December 20, 2018. ECF No. 25.
47480114;1

against it were pled in the alternative. The parties agreed the quiet title, declaratory relief, wrongful foreclosure, negligence, negligence per se, and misrepresentation claims remain. The HOA has not yet responded to the complaint and will do so within 30 days, if the case is not resolved.

2. **Scheduling Order**:

The Court ordered the parties file a proposed scheduling order within 10 days of their meet and confer, or by January 18, 2019. The parties respectfully request the Court extend this deadline by thirty (30) days to allow the parties to fully explore the possibility of settlement. With this thirty day extension, the parties shall submit the proposed scheduling order on or before **February 18, 2019**.

3. **Discovery Remaining**: Written discovery and depositions.

Dated the 11th day of January, 2019.

**AKERMAN LLP**

 /s/ Thera A. Cooper
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. , ESQ.
Nevada Bar No. 12993
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff*

Dated the 11th day of January, 2019.

**LEACH KERN GRUCHOW ANDERSON SONG**

 /s/ Ryan Reed
RYAN WARREN REED, ESQ.
Nevada Bar No. ___
SEAN L. ANDERSON, ESQ.
Nevada Bar No.
2525 Box Canyon Drive
Las Vegas, Nevada 89128

*Attorneys for defendant Sedona Condominium Homeowners Association, Inc.*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
 Dated: January 11, 2019.

2

47480114;1