**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
E-mail: sanderson@lkglawfirm.com
RYAN W. REED
Nevada Bar No. 11695
E-mail: rreed@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
*Attorneys for Defendant Sedona
Condominium Homeowners' Association, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., a National Association,<br><br>Plaintiff,<br><br>vs.<br><br>OPERTURE, INC., a Nevada Corporation; and SEDONA CONDOMINIUM HOMEOWNERS ASSOCIATION, INC., a Nevada Non-Profit Corporation,<br><br>Defendants. | Case No.: 2:17-cv-00383-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SEDONA CONDOMINIUM HOMEOWNERS' ASSOCIATION TO RESPOND TO PLAINTIFF'S COMPLAINT FOR QUIET TITLE AND DECLARATORY RELIEF [ECF NO. 1]**<br>**[Second Request]** |

Plaintiff, Bank of America, N.A. ("Plaintiff"), and Defendant Sedona Condominium Homeowners' Association, Inc. (the "Association"), by and through their counsel of record, hereby stipulate and agree as follows:

On November 19, 2018, the court granted Plaintiff's Motion to Lift Stay [ECF No. 21]. The deadline for the Association to respond to the Complaint is February 8, 2019. The Parties are discussing a possible resolution of Plaintiff's claims against the Association, which would eliminate the need for further briefing. For this reason, the Parties are in agreement to extend the deadline for the Association to respond to the Complaint. This is the Parties' second request to extend the subject deadline and the request is made in good faith and not for purposes of delay or prejudice to any other party.

…

…

IT IS HEREBY STIPULATED AND AGREED that the deadline for the Association to respond to the Complaint shall be extended to March 8, 2019.

DATED February 21st, 2019.

| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON SONG** |
|---|---|
| */s/ Thera A. Cooper* <br> Melanie D. Morgan <br> Nevada Bar No. 8215 <br> Thera A. Cooper <br> Nevada Bar No. 13468 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br> *Attorneys for Plaintiff Bank of America, N.A.* | */s/ Ryan W. Reed* <br> Sean L. Anderson <br> Nevada Bar No. 7259 <br> Ryan Reed <br> Nevada Bar No. 11695 <br> 2525 Box Canyon Drive <br> Las Vegas, Nevada 89128 <br> *Attorneys for Sedona Condominiums Homeowners' Association, Inc.* |

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Dated: 2-22-2019

LEACH KERN GRUCHOW ANDERSON SONG
2525 Box Canyon Drive, Las Vegas, Nevada 89128
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), the undersigned, an employee of LEACH KERN GRUCHOW ANDERSON SONG, hereby certified that on the 21st day of February, 2019, she served a true and correct copy of the foregoing, **STIPULATION AND ORDER TO EXTEND DEADLINE FOR SEDONA CONDOMINIUM HOMEOWNERS' ASSOCIATION TO RESPOND TO PLAINTIFF'S COMPLAINT FOR QUIET TITLE AND DECLARATORY RELIEF [ECF NO. 1][Second Request]** to all parties via CM/ECF.

Melanie D. Morgan
Thera A. Cooper
AKERMAN, LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 8934
Facsimile: 702.380.8572
melanie.morgan@akerman.com
thera.cooper@akerman.com
*Attorneys for Plaintiff*

*/s/ Robin Callaway*
An Employee of LEACH KERN GRUCHOW ANDERSON SONG