# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　Plaintiff<br><br>v.<br><br>OPERTURE, INC. and SEDONA CONDOMINIUM HOMEOWNERS ASSOCIATION, INC.,<br><br>　　Defendants | Case No.: 2:17-cv-00383-APG-VCF<br><br>**Order for Stipulation of Dismissal or Status Report** |

On March 8, 2019, the parties advised the court that plaintiff Bank of America, N.A. and defendant Sedona Condominium Homeowners Association, Inc. had reached a settlement. ECF No. 33. To date, those parties have not filed a stipulation to dismiss.

I THEREFORE ORDER that by November 19, 2019, plaintiff Bank of America, N.A. and defendant Sedona Condominium Homeowners Association, Inc. shall file a stipulation of dismissal or a status report.

DATED this 5th day of November, 2019.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE